FORM ntddldef (06/23)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re: Joanne Sadberry−Stokes
SSN/ITIN: xxx−xx−3751
Debtor

Bankruptcy Case No.: 23−40321−KKS

Chapter: 7
Judge: Karen K. Specie

---

### *NOTICE OF DEADLINE TO CURE DEFICIENCIES*

On August 22, 2023 ("Petition Date"), Debtor(s) filed a Voluntary Bankruptcy Petition. The Clerk has identified deficiencies to the petition, schedules, other filed documents, and/or filing fee. **Debtor(s) shall cure all below−listed deficiencies by: <u>September 5, 2023</u>. Failure to satisfy any deficiency may result in DISMISSAL of this case without further notice or hearing**. To date, Debtor(s) has failed to:

− File all schedules and statements as required by the Local Rules of this Court and by 11 U.S.C. 521(a)(1)(B) and Fed. R. Bankr. P. 1007(b) and (c):

  − Chapter 7 Means Test Calculation (122A−2)
  − Credit Counseling Certificate
  − Chapter 7 Statement of Current Monthly Income (122A−1)

− For debtors that are individuals, file a Statement of Social Security Number. Fed. R. Bankr. P. 1007(f).

Dated: August 23, 2023

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service:** Service by the Court pursuant to applicable Rules.

### **ADDITIONAL INSTRUCTIONS**

**FILINGS**: All documents for filing with the Court shall be signed by the Debtor and, if applicable, the Debtor's attorney of record. Self−represented Debtors shall submit documents for filing with the Court by email, fax, U.S. mail, other courier delivery, or hand−delivery (drop−box available). To avoid filing delays, Debtors are strongly encouraged to file via email or fax by following the instructions in Administrative Order No. 23−001. Mailed documents should be addressed to U.S. Bankruptcy Court, 110 E. Park Ave., Ste. 100, Tallahassee, FL 32301.

**AMENDMENTS**: Any amendment to a petition, list, schedule, or other required document must comply with Administrative Order no. 22−001. A filing fee may be due for amendments to the Debtor's list of creditors or the amount or classification of a debt.

**PAYMENTS**: **<u>This Court does not accept cash payments</u>**. Filing fee payments must be made in accordance with the list of approved payment methods available on the Court's website at www.flnb.uscourts.gov/fees and mailed to: Clerk, U.S. Bankruptcy Court, 110 E. Park Ave., Ste.100, Tallahassee, FL 32301. You may call the Clerk's Office at 850−521−5001 to confirm fee amounts owed.

**FORMS**: Official and Local Forms can be found at www.flnb.uscourts.gov/forms.

**ADMINISTRATIVE ORDERS**: Administrative and Standing Orders can be found at www.flnb.uscourts.gov/orders.

**SELF−REPRESENTED PARTIES**: Information for filing without an attorney can be found at www.flnb.uscourts.gov/filing−without−attorney.