IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

In re:

Joanne Sadberry-Stokes                                    23-bk-40321-KKS
                                                          Chapter 7

    Debtors.

_____/

### RESPONSE TO ORDER TO SHOW CAUSE

Debtor, Joanne Sadberry-Stokes, hereby responds to that *Order to Show Cause* docketed at ECF 9, as follows:

1. A mailing matrix.txt file has been uploaded on or about August 30, 2023 or August 31, 2023.

2. Said mailing matrix contains the name and address of each entity included or to be included on Schedules D, E/F, G and H, as applicable.

3. Therefore, having complied with the rules, a dismissal is unwarranted and moot.

WHEREFORE, Debtor has responded to the Order to Show Cause docketed at ECF 9.

Dated: September 1, 2023                    /s/*Steven C Fraser*

                                                                        _____

                                                                        STEVEN C FRASER, FBN 625825
                                                                        Post Office Box 550868
                                                                        Jacksonville, Florida 32255
                                                                        notices@fraserlawfl.com
                                                                        877-862-7188

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of this objection to said claim will be made as set forth in Fed. R. Bankr. P. 3007 on this 1st day to the following in the manner prescribed:

<u>Via U.S. Mail</u>
No person or entity

<u>Via ECF</u>
Sherry Chancellor, Trustee
619 West Chase Street
Pensacola, Florida 32502
Sherry.Chancellor@yahoo.com, FL50@ecfcbis.com
(via Electronic Delivery by Court after docketing)

<u>Via ECF</u>
Office of United States Trustee
USTPRegion21.TL.ECF@usdoj.gov
(via Electronic Delivery by Court after docketing)

<u>St*even C Fraser*</u>
Steven C. Fraser
Florida Bar No. 625825
