UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
www.flnb.uscourts.gov

In Re:                         Case Number: 23-40321-KKS
Joanne Sadberry-Stokes        Chapter: 7
    Debtor

_____

**MOTION TO VOLUNTARILY DISMISS CHAPTER 7**

Debtor, Joanne Sadberry-Stokes, by and through undersigned counsel, pursuant to 11 U.S.C. § 1307(b), moves voluntarily to dismiss their Chapter 7 and requests entry of an order dismissing this case without prejudice and states:

1. Debtor filed this Chapter 7 bankruptcy case on August 22, 2023.

2. Debtor now seeks dismissal without prejudice as Debtor, Joanne Sadberry-Stokes, as they are no longer interested in seeking relief, as debtor is on limited income and unable to afford the proposed buy-back that the Trustee may offer on any equity.

3. The pertinent bankruptcy statues and rules contemplate a two-step process for voluntary dismissals: the debtor's request for dismissal followed by the court's actual dismissal of the bankruptcy proceedings. See 11 U.S.C. § 1307(b) (emphasis added ("[o]n request of the debtor at any time . . . the court shall dismiss a case under this chapter."); Fed R. Of Bankr. Proc. 1017 (f)(2) (emphasis added) (providing that voluntary dismissals under § 1307(b) "shall be

on <u>motion</u> filed and served" in accordance with Rule 9013, governing the filing of motions or "request[s] for an order.").

WHEREFORE, Debtor Joanne Sadberry-Stokes prays that this Honorable Court enter an Order voluntarily dismissing this Chapter 7 matter without prejudice and for such further relief as the court deems appropriate.

/s/ <u>*Steven C Fraser*</u>
Steven C Fraser, FBN: 625825
Post Office Box 550868
Jacksonville, Florida 32255
notices@fraserlawfl.com
877-862-7188
Attorney for Debtor

Certificate of Service

    I hereby certify that a true copy of the foregoing Debtor's Motion to Dismiss has been furnished electronically by CM/ECF and/or by U.S. Mail to Joanne Sadberry Stokes at 1000 Sadberry Road, Quincy, Florida 32351; Sherry Chancellor (sherry.chancellor@yahoo.com, FL50@ecfcbis.com); Office of the United States Trustee (USTRegion21.TL.ECF@usdoj.gov) and all other creditors in interest on the attached Certificate of Service on this 15th day November 2023.

                                                  /s/ Steven C Fraser

                                                  Steven C Fraser

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 23-40321-KKS<br>Northern District of Florida<br>Tallahassee<br>Wed Nov 15 11:12:21 EST 2023 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Joanne Sadberry-Stokes<br>1000 Sadberry Rd<br>Quincy, FL 32351-5897 | (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 | U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326-1382 |
| American Express<br>Attn: Bankruptcy<br>PO Box 650448<br>Dallas, TX 75265-0448 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex/Macy's<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| BB&T/Truist<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC 27894-1847 | Chad D Heckman, Esq.<br>Post Office Box 12492<br>Tallahassee, FL 32317-2492 | Citibank/The Home Depot<br>Attn: Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Rausch Sturm LLP<br>c/o Melissa Ferris-Roberts<br>Attn: Bankruptcy Depts.<br>100 Second Avenue South #306S<br>Saint Petersburg, FL 33701-6307 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TCM Bank<br>3501 E Frontage Rd, Ste 200<br>Tampa, FL 33607-1700 |
| (p)TALLAHASSEE LEON FEDERAL CREDIT UNION<br>1827 CAPITAL CIRCLE NE<br>TALLAHASSEE FL 32308-4455 | Truist Bank<br>104 N Woodward Ave<br>Tallahassee, FL 32304-8046 | William S Stokes<br>8312 Stokes Road<br>Laurel Hill, FL 32567-2003 |
| United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Sherry Chancellor +<br>Law Office of Sherry F. Chancellor<br>619 West Chase St.<br>Pensacola, FL 32502-4711 | Merrick B. Garland +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 |
| Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Steven Fraser +<br>Steven C. Fraser, PA<br>Post Office Box 550868<br>Jacksonville, FL 32255-0868 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| U.S. Attorney (Tallahassee Office) | Continental Finance Company | (d)Reflex |
| --- | --- | --- |
| 111 N. Adams Street | Attn: Bankruptcy | PO Box 6812 |
| Fourth Floor | Po Box 8099 | Carol Stream, IL 60197-6812 |
| Tallahassee, FL 32301 | Newark, DE 19714 | |

Tallahassee-Leon FCU
14899.17
Attn: Bankruptcy Dept.
1827 Capital Circle, NE
Tallahassee, FL 32308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Name,Address1,Address2,Address3,City,State | End of Label Matrix | |
| --- | --- | --- |
| Joanne Sadberry-Stokes,1000 Sadberry Rd, | Mailable recipients | 26 |
| Steven C Fraser,'Recovery Law Group, APC | Bypassed recipients | 1 |
| American Express,Attn: Bankruptcy,PO Box | Total | 27 |
| Amex,Correspondence/Bankruptcy,Po Box 98 | | |
| Amex/Macy's,Correspondence/Bankruptcy,Po | | |