FORM nhgnrlp (Rev. 10/20)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

---

In Re: Joanne Sadberry−Stokes
    SSN/ITIN: xxx−xx−3751
     Debtor

Bankruptcy Case No.: 23−40321−KKS

Chapter: 7
Judge: Karen K. Specie

---

## Notice of Non Evidentiary Hearing

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on December 14, 2023, at 09:30 AM, *Eastern Time*, via ZOOM. Parties may appear at the following alternate location: Tallahassee – U.S. Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL.

    *27* – Motion to Dismiss Case Voluntarily Chapter 7 by Debtor Motion to Voluntarily Dismiss Chapter 7 Filed by Steven Fraser on behalf of Joanne Sadberry−Stokes (Fraser, Steven)

Dated: November 17, 2023

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Steven Fraser shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.

**Zoom Participation Instructions:**
Parties who wish to ACTIVELY participate in this proceeding MUST: (1) Register through the Court's website at http://www.flnb.uscourts.gov/zoom (2) Dress in appropriate attire; (3) Mute their microphone when not speaking; and (4) Participate from a quiet location. Parties who wish to listen only, not actively participate, or do not have video capability may appear telephonically via Zoom (registration required as noted above). *Zoom participants must register as soon as possible for emergency/expedited hearings, if applicable.*